# In the United States Court of Federal Claims

No. 19-59C

(E-Filed: March 4, 2019)

|  |  |
|---|---|
| L. KEVIN ARNOLD, <u>et al.</u>, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

## ORDER

Defendant has filed two motions to consolidate this case with a total of twelve directly-related matters. <u>See</u> ECF Nos. 10, 14. Until the court has ruled on those motions to consolidate, defendant's deadline to respond to plaintiffs' complaint is hereby **SUSPENDED**. After determining whether consolidation is appropriate for some or all of the directly-related cases, the court will be better positioned to determine the schedule on which these matters should proceed, and shall set a schedule at that time.

IT IS SO ORDERED.

s/Patricia E. Campbell-Smith<br>
PATRICIA E. CAMPBELL-SMITH<br>
Judge